AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| BURBERRY LIMITED, a United Kingdom Company, BURBERRY LIMITED, a New York Corporation<br><br>*Plaintiff(s)*<br>v.<br>BEYOND THE RACK ENTERPRISES INC. and BEYOND THE RACK USA INC.<br><br>*Defendant(s)* | Civil Action No. 16-cv-3497 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  

Beyond the Rack Enterprises Inc.  
905 rue Hodge, Saint-Laurent  
Quebec H4N 2B3  
Canada  

Beyond the Rack USA Inc.  
561 Seventh Avenue  
New York, NY 10018  

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  

Michael J. Allan  
Evan Glassman  
Steptoe & Johnson LLP  
1114 Avenue of the Americas, Floor 35  
New York, NY 10036  

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 5/10/2016

/s/ R. Chambers

*Signature of Clerk or Deputy Clerk*