**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

BURBERRY LIMITED,
a United Kingdom Company

BURBERRY LIMITED,
a New York Corporation,

Plaintiffs,

v.

BEYOND THE RACK ENTERPRISES INC., and
BEYOND THE RACK USA INC.,

Defendants.

Civil Action No.: 01:16-cv-03497

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK )
) ss.:
COUNTY OF NEW YORK )

**PEARL PARKER**, being duly sworn, deposes and says:

1. I am over the age of eighteen (18) years and am not a party to this action.

2. I am employed at the offices of Steptoe & Johnson, 1114 Avenue of the Americas, New York, New York 10036.

3. On September 28, 2016, I caused to be served *via* FedEx overnight true and correct copies of the following documents listed below:

a. Order to Show Cause for Default Judgment and Permanent Injunction;

b. Affidavit of Evan Glassman dated September 28, 2016, with exhibits 1-3;

c. Memorandum in Support of the Order to Show Cause for Entry of Default Judgment and Permanent Injunction;

d. Declaration of Gabrielle Rubino dated September 26, 2016, with exhibits A-F; and

e. Proposed Default Judgment.

4. Parties receiving service:

Beyond the Rack USA Inc.
561 Seventh Avenue
New York, NY 10018

Beyond the Rack USA Inc.
c/o New York Secretary of State
99 Washington Avenue, 6th floor
Albany, NY 12231

Kenneth S. Adessky
4150 St. Catherine Street West
Suite 525
Montreal, Quebec
H3z 2Y5
*Counsel for Defendants*

PEARL PARKER

Sworn to before me on the
28th day of September, 2016

Notary Public

SARA E. GILBERT
Notary Public, State of New York
Registration No. 01GI6296738
Qualified in New York County
Commission Expires February 10, 2018